## Berkman *v.* Mellon National Bank and Trust Company, Appellant.

Argued March 18, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

reargument refused February 16, 1971.

*Harold F. Reed, Jr.,* with him *G. Donald Gerlach, William M. Robinson,* and *Reed, Sohn, Reed & Kunselman,* and *Reed, Smith, Shaw & McClay,* for appellant.

*W. Walter Braham,* with him *Braham, Mitsos & McCracken,* for appellees.

OPINION PER CURIAM, January 7, 1971:
Decree affirmed by an evenly divided court.

Mr. Justice COHEN took no part in the decision of this case.